# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

WILLIE JAMES SMITH JR.,

      Petitioner,

  v.

Sheriff DENNIS SMITH, Administrator BARB REID, Sgt. ORMSIN, Officer BORGARO, Officer GRIMS and Sgt. JOHN DOE,

      Respondents.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 09-cv-041-bbc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents without prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____2/23/09_____
Date